2:23-mc-1

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF VERMONT

In the Matter of:                           )
                                            )
Revision to District of Vermont's           )
Criminal Pretrial Order                     )

# GENERAL ORDER # 117

On December 1, 2022, Federal Rule of Criminal Procedure 16 was amended for the purpose of outlining new expert disclosure requirements. Specifically, Rule 16's amendment now requires the court to set deadlines for expert witness disclosures by "order or local rule." Accordingly, upon the review and recommendation of this district's Criminal Law Subcommittee, the board of judges have approved an amendment to the district's standard Criminal Pretrial Order to include a new section on expert disclosures as follows:

**Expert Disclosures**

**Within 7 days after the deadline for pretrial motions (if no motions are filed) or within 7 days after the resolution of any filed pretrial motions, the Court will set a status conference for the parties to discuss trial issues. During the status conference, the Court will set deadlines for initial expert disclosures for experts the government or the defendant(s) intend to call in their cases-in-chief, as well as for rebuttal/responsive expert disclosures. Expert disclosures submitted by the parties shall comply with all other requirements of Fed. R. Crim. P. 16(a)(1)(G) and 16(b)(1)(C).**

This amendment to Vermont's Criminal Pretrial Order is effective immediately.

       SO ORDERED.

Dated at Burlington, in the District of Vermont, this 5th day of January, 2023.

_____
Geoffrey W. Crawford
Chief Judge